1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) 1:07-CV-01286-OWW-NEW (WMW)
                                         )
12 |        Plaintiff,                   )
                                         ) **APPLICATION AND ORDER FOR**
13 |   v.                                ) **PUBLICATION**
                                         )
14 | APPROXIMATELY $8,900.00 IN U.S.     )
     CURRENCY,                           )
15 |                                     )
            Defendant.                   )
16 |_____)

17         The United States of America, Plaintiff herein, applies for an order of publication as follows:

18         1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

19  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

20  notice of the action and arrest to be given in a newspaper of general circulation, designated by order

21  of the Court;

22         2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

23  designate by order the appropriate newspaper for publication;

24         3.      The defendant Approximately $8,900.00 in U.S. Currency (hereafter "defendant

25  currency") was seized in the city of Fresno, in Fresno County, California.  The Drug Enforcement

26  Administration ("DEA") published notice of the nonjudicial forfeiture of the defendant currency on

27  March 26, April 2 and 9, 2007, in the Wall Street Journal;

28  ///

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant assets were seized: <u>The Business Journal</u>.

    c. The publication to include the following:

        (1) The Court, title and number of the action;

        (2) The date of the arrest/seizure;

        (3) The identity and/or description of the property arrested/seized;

        (4) The name, address, and telephone number of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule (G)(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

        (7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and,

///
///
///
///
///
///
///
///

1         (8)    The name, address, and telephone number of the U.S. Marshal and/or

2 Department of Treasury.

3 Dated: September 5, 2007        McGREGOR W. SCOTT
        United States Attorney

4

5         /s/ Stephanie Hamilton Borchers
        STEPHANIE HAMILTON BORCHERS

6         Assistant United States Attorney

IT IS SO ORDERED.

**Dated:  September 18, 2007**    **/s/  William M. Wunderlich**
        UNITED STATES MAGISTRATE JUDGE