# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cv-01286 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) | (Document 25) |
| APPROXIMATELY $8,900.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On March 24, 2008, the Magistrate Judge issued Findings and Recommendations that (1) Plaintiff's motion for default judgment against the interests of San Sok Vinne Prom, Venthy Map Chan and Paul Thov in the defendant currency be granted; (2) final forfeiture judgment be entered to vest in Plaintiff all right, title and interest in the defendant currency; and (3) Plaintiff be ordered to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations within 10 days of service of an order adopting the findings and recommendations.  These Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order.  More than fifteen court days have passed and no party has filed objections.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
2    a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the
3    Findings and Recommendations are supported by the record and proper analysis.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1.    The Findings and Recommendations issued March 24, 2008, are ADOPTED IN
6          FULL; and
7    2.    Plaintiff United States of America shall submit a proposed default and final
8          forfeiture judgment consistent with the findings and recommendations and order
9          of the court within ten (10) days of service of this order.
10   IT IS SO ORDERED.
11   **Dated:   May 1, 2008**                           /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE