McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CV-01286-OWW-GSA |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT AND FINAL** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| APPROXIMATELY $8,900.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed March 11, 2008. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge have passed and no timely objections have been filed. An Order Adopting Findings and Recommendations was filed on May 5, 2008. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting Findings and Recommendations on Plaintiff's Application for Default Judgment, and the files and records of the Court, it is

ORDERED AND DECREED:

1. The Court adopts the Magistrate Judge's March 24, 2008 Findings and Recommendations in full.

///

1        2.    San Sok Vinnie Prom, Venthy Map Chan, and Paul Thov are held in default.

2        3.    A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $8,900.00 in U.S. Currency of San Sok Vinnie Prom, Venthy Map Chan, Paul Thov and all other potential claimants who have not filed claims in this action.

3        4.    A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $8,900.00 in U.S. Currency to the United States of America, to be disposed of according to law, including all right, title, and interest of San Sok Vinnie Prom, Venthy Map Chan, and Paul Thov.

4        5.    All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   May 19, 2008**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE